# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ADAM MCDOWELL,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:17-cv-00610-RDP |
| **AUTO EXCEL, INC., d/b/a SOUTHTOWN MOTORS, et al.,** | } |
| Defendants. | } |

## ORDER

This case is before the court on Plaintiff's Motion to Dismiss With Prejudice. (Doc. # 22). Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's Motion to Dismiss (Doc. # 22) is **GRANTED**. The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. Defendants' Motion for Summary Judgment (Doc. # 18) is **ADMINISTRATIVELY TERMINATED**.

Costs are taxed as paid.

**DONE** and **ORDERED** this September 26, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE